# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MAXINE THOMPSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CURATORS OF THE ) <br> UNIVERSITY OF MISSOURI, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Consolidated Case <br> No. 4:09CV2083 FRB |
| MAXINE THOMPSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CURATORS OF THE ) <br> UNIVERSITY OF MISSSOURI, et al., ) <br> ) <br> Defendants. ) | Associated Case <br> No. 4:09CV2084 TCM |

## ORDER OF PARTIAL DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's claims against defendants Lidgus, Montague, Coonrod and Crothers are **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 23rd day of February, 2010.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE